IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CHARLES GAYHEART, | : | Case No. 3:10-cv-401 |
| Plaintiff, | : | District Judge Thomas M. Rose<br>Magistrate Judge Michael J. Newman |
| vs. | : | |
| COMMISSIONER OF<br>SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | | |

## DECISION AND ENTRY

In light of the Sixth Circuit Court of Appeals' decision issued in this matter on March 12, 2013, *see* doc. 23, and recognizing further that the Sixth Circuit has issued a mandate, and for good cause shown, the Court **ORDERS** as follows:

1) The ALJ's non-disability finding, adverse to Plaintiff, is found unsupported by substantial evidence, and is **REVERSED**;

2) This matter is **REMANDED** to the ALJ under the Fourth Sentence of 42 U.S.C. § 405(g) for proceedings consistent with the Sixth Circuit's opinion;

3) On remand, the ALJ shall determine anew Plaintiff's disability status and qualifications for Disability Insurance Benefits;

4) The Clerk shall enter judgment in favor of Plaintiff; and

5) This matter shall remain terminated on the docket of the Court.

Date:  May 13, 2013                                            *s/**Thomas M. Rose**

                                                   _____
                                                            Thomas M. Rose
                                                      United States District Judge