AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| CHARLES GAYHEART, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:10-cv-401 |
| Commissioner of Social Security | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____
_____ .

☑  other: Judgment in favor of Plaintiff; and The ALJ's non-disability finding, adverse to Plaintiff, is found unsupported
by substantial evidence, and is REVERSED.  This matter is REMANDED to the ALJ under the Fourth Sentence of 42 U.S.C. § 405(g
for proceedings consistent with the Sixth Circuit's opinion. .

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge  Thomas M. Rose _____ on a motion for
_____

Date:  05/13/2013 _____            *CLERK OF COURT*


                                        s/P. Butler
                        _____
                        *Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
Western     DIVISION


_____CHARLES GAYHEART,_____         :
                                        :
*Plaintiff*                             :
                                        :
                                        :
vs                                      :     Case Number:   3:10-cv-401
                                        :
_____Commissioner of Social Security_____   :
                                        :
*Defendant*                             :


NOTICE OF DISPOSAL PER SOUTHERN DISTRICT OF OHIO LOCAL RULES
79.2(a)&(b)

The above captioned matter has been terminated on _____05/13/2013_____.

If applicable to this case, the disposal date  will be six (6) months from the above termination date.

Rule 79.2(a) Withdrawal by Counsel:

All depositions, exhibits or other materials filed in an action or offered in evidence shall not be considered part of the pleadings in the action, and unless otherwise ordered by the Court, shall be withdrawn by counsel without further Order within six (6) months after final termination of the action.

Rule 79.2 (b) Disposal by the Clerk

All depositions, exhibits or other materials not withdrawn by counsel shall be disposed of by the Clerk as waste at the expiration of the withdrawal period.


JOHN P. HEHMAN, CLERK



By: _____s/P. Butler_____
        Deputy Clerk