IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CHARLES GAYHEART,

       Plaintiff,                          Case No.: 3:10-cv-401

  vs.

COMMISSIONER OF                         District Judge Thomas M. Rose
SOCIAL SECURITY,                         Magistrate Judge Michael J. Newman

       Defendant.

**ORDER ADOPTING REPORT AND RECOMMENDATION**

      The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #37), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

      Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on May 8, 2015 (Doc. #37) is **ADOPTED** in full;

2. Plaintiff's motion for attorney's fees under the Social Security Act (Doc. #36) is **GRANTED**;

3. Plaintiff's counsel is **AWARDED** $29,300.00 in attorney's fees; and

4. The case remains **TERMINATED** on the docket of this Court.

Date: June 1, 2015                                          *s/Thomas M. Rose

                                                       _____
                                                              Thomas M. Rose
                                                        United States District Judge